BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200
lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 11-40886 EDJ |
| MARCO GUTIERREZ, | Chapter 7 |
| Debtor. | Date: March 24, 2011<br>Time: 3:30<br>Place: 1301 Clay Street, Oakland, CA<br>Courtroom 215 |

**MOTION FOR ORDER OF CIVIL CONTEMPT AGAINST DEBTOR MARCO GUTIERREZ**

August B. Landis, the Acting United States Trustee for Region 17, ("U.S. Trustee "), requests the Court to find that Debtor Marco Gutierrez is in contempt of the Court's June 10, 2010 order in Case No. 10-43461 barring Debtor from filing a bankruptcy petition for a period of 12 months; and to order sanctions of a type intended to force Mr. Gutierrez to stop violating the Court's order; and for whatever other relief the Court considers appropriate and just.

WHEREFORE, the U.S. Trustee requests that the Court enter an Order against Marco Gutierrez finding him in contempt and further relief as the Court deems proper.

Dated: February 9, 2011    BARBARA A. MATTHEWS
                           Assistant United States Trustee

                    By:    *Lynette C. Kelly*
                           Lynette C. Kelly
                           Trial Attorney
                           Attorneys for the Acting U.S. Trustee,
                           August B. Landis